

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CAMDEN RASHAD WILLIAMS, | § | No. 08-23-00322-CR |
| Appellant, | § | Appeal from the |
| v. | § | 290th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC#2021-CR-10676) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on Appellant's voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that he no longer wishes to pursue this appeal. The motion is signed by Appellant and his counsel. We have not issued an opinion in this case. Accordingly, we grant the motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

GINA M. PALAFOX, Justice

December 29, 2023

Before Alley, C.J., Palafox, and Soto, JJ.

(Do Not Publish)